# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | | |
|---|---|---|
| JAMES WRIGHT, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 1:22-CV-00009-KAC-SKL |
| ADT PIZZA, LLC, | ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR ORDER APPROVING RESOLUTION OF FLSA CLAIMS

Come now the above-named parties, through their undersigned counsel of record, and announce to the Court that they have resolved all matters in controversy between them, and hereby stipulate to the voluntary dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a). The parties also move this Court for an Order approving the terms of the Settlement Agreement agreed to and executed by them (attached hereto as **Exhibit A**) and for dismissal of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). As grounds for this Motion, and as more fully set forth in the accompanying Memorandum, the parties would respectfully show that this agreement is a fair and reasonable compromise of a disputed claim. Accordingly, the parties jointly request that this Motion be granted. A proposed Order is filed contemporaneously herewith for the Court's consideration.

Respectfully submitted this 19th day of October, 2022.

/s/*Lydia H. Hamlet (with permission JTS)*
Lydia H. Hamlet
(Ark. Bar #2011082, *admitted pro hac vice*)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
lydia@sanfordlawfirm.com

Donna J. Mikel (BPR #020777)
**MIKEL & HAMILL PLLC**
620 Lindsay Street, Suite 200
Chattanooga, Tennessee 37403
dmikel@mhemploymentlaw.com
Attorneys for Plaintiff

/s/*James T. Snodgrass*
Robert L. Bowman (BPR #017266)
James T. Snodgrass (BPR #036212)
**KRAMER RAYSON LLP**
800 S. Gay Street, Suite 2500
Knoxville, TN 37929
rlbowman@kramer-rayson.com
jsnodgrass@kramer-rayson.com
Attorneys for Defendant