UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JAMES WRIGHT, individually and on behalf )
of all others similarly situated, )
)
Plaintiff, )
)
v. ) No.: 1:22-CV-9-KAC-SKL
)
ADT PIZZA, LLC, )
)
Defendant. )

# JUDGMENT

Pursuant to the "Memorandum Opinion and Order Approving Settlement," the Court **DISMISSED** this action with prejudice. Accordingly, the Court **DIRECTS** the Clerk to close the case.

IT IS SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT